**U.S. Northern District of New York**

**Plantiff:** Dr. Marco Bitetto

**Defendant:** Ms. Ginni Rometty



1:18- cv 922
DNH/ CFH

**Facts in the Case:**

IBM sold the rights to the TrueNorth chip technology, a technology that was based upon my uniquely patented via a copyright based patent and Sold to Samsung Corporation. This patented technology was stolen by IBM (copyrighted patentable invention).

As is stated in the federal law, a copyrighted U.S. patent is given the equivalent protection of a patent for the life of the inventor and ninety nine years.

I would also appreciate it if you return my doctoral dissertation.

Dr. Marco Bitetto
**Plantiff**

**Date:** 08/03/2018

Project Demonstrating Excellence

The Union Institute
Graduate School

# NERVOTRON:
# A FUNCTIONAL SILICON ANALOG TO THE NEURON

a dissertation submitted to the supervisory committee
on Cybernetics, Fluid Dynamics, and Applied Mathematics

Doctor of Philosophy

in

Cybernetics, Fluid Dynamics, and Mathematics

Department of Electrical Engineering

by Marco A. V. Bitetto

Degree Date: December 31, 1994
Consultant: E. M. Christine Kris, Ph.D.
Advisers: Hulan Jack, Jr., Ph.D., P.E.
Vito Pruscia, Ph.D., P.E.

© 1994 Marco A. V. Bitetto
All Rights Reserved

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.


ProQuest

## Citation/Abstract

### NERVOTRON: A functional silicon analog to the neuron

1994 1994

Other formats:    Order a copy

## Abstract (summary)

NERVOTRONS are silicon based analogs of biological neurons that are in effect capable of reacting in many of the same analogous modes of operations as the currently understood models of neurons. The theory behind such analogous processing units is discussed along with a discussion of how hardware analogs can be made to form auto-programming networks via the use of closed loop feedback methods of the PID (Proportional Integral Derivative) variety and/or use of Markovian Renormalization error minimization techniques. A collection of idealized interconnection networks of NERVOTRONS are described and techniques are discussed for the actualization of these idealized networks in silicon. Computerized simulation models are included for the basic processing models of the NERVOTRON and a method of determining how long it would take a NERVOTRONIC control system to eliminate a perturbation from the actual signal input. This dissertation concludes with a discussion of the future potential of NERVOTRONIC technology to mankind, current limitations and future development. Included are discussions on the topics of: Thinking, Learning and Creativity; Cognitron Theory; Reading Machine; Talking; Exploder; Specifications of Recommended Components; Renormalization Theory and Concepts and Markovian Renormalization; Simulation Programs; and Analysis of the Functional Anatomy of the Human Brain.

## Indexing (details)

| | |
|---|---|
| Subject | Electrical engineering; Computer science; Artificial intelligence |
| Classification | 0544: Electrical engineering 0984: Computer science 0800: Artificial Intelligence |
| Identifier / keyword | Applied sciences, machine learning |
| Title | NERVOTRON: A functional silicon analog to the neuron |
| Author | Bitetto, Marco Antonio V. |
| Pages | 254 p. |
| Number of pages | 254 |
| Publication year | 1994 |
| Degree date | 1994 |
| School code | 1033 |
| Source | DAI-B 56/03, p. 1598, Sep 1995 |
| Place of publication | Ann Arbor |
| Country of publication | United States |
| Advisor | Jack, Hulan, Jr, Pruscia, Vito |
| University/institution | The Union Institute |
| University location | United States -- Ohio |
| Degree | Ph.D. |
| Source type | Dissertations & Theses |
| Language | English |
| Document type | Dissertation/Thesis |
| Dissertation/thesis number | 9522949 |
| ProQuest document ID | 304178747 |
| Copyright | Copyright UMI - Dissertations Publishing 1994 |