U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 1 4 2018
AT_____O'CLOCK_____
John M. Domurad, Clerk - Albany

**U.S. Northern District of New York**

**Plantiff:** Dr. Marco Bitetto

CASE NUMBER: 1:18-cv-00922-MAD-DJS

**Defendant:** Ms. Ginni Rometty

**Facts in the Case:**

IBM sold the rights to the TrueNorth chip technology, a technology that was based upon my uniquely patented via a copyright based patent and Sold to Samsung Corporation. This patented technology was stolen by IBM (copyrighted patentable invention).

As is stated in the federal law, a copyrighted U.S. patent is given the equivalent protection of a patent for the life of the inventor and ninety nine years.

This fact was established in the case of Parker Brothers .vs. Milton Bradley that dealt with the patent infringement of a game. Most people don't know that games are both patentable and copyrightable. In this case, Parker Brothers set the standard in the law that copyrightable patentable items have the equivalent legal protection of patents.

*Marco Bitetto*

Dr. Marco Bitetto
**Plantiff**

**Date:** 08/07/2018

**U.S. Northern District of New York**

**Plantiff:** Dr. Marco Bitetto

**Defendant:** Ms. Ginni Rometty

**Facts in the Case:**

IBM sold the rights to the TrueNorth chip technology, a technology that was based upon my uniquely patented via a copyright based patent and Sold to Samsung Corporation. This patented technology was stolen by IBM (copyrighted patentable invention).

As is stated in the federal law, a copyrighted U.S. patent is given the equivalent protection of a patent for the life of the inventor and ninety nine years.

I would also appreciate it if you return my doctoral dissertation.

*Marco Bitetto*
Dr. Marco Bitetto
**Plantiff**

**Date:** 08/13/2018